1058

[No. 52034-2-I.   Division One.   December 22, 2003.]

CIMARRON ENTERPRISES, INC., ET AL., *Appellants*, v. MORTGAGE EXCHANGE INVESTMENTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-2-01056-6, Susan K. Cook, J., entered February 7, 2003. *Remanded* by unpublished per curiam opinion.

[No. 52055-5-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06749-9, Steven G. Scott, J., entered March 14, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52136-5-I.   Division One.   December 22, 2003.]

*In the Matter of the Parentage of* COLTON PRICE-NESS.

CONNIE PRICE, *Respondent*, v. GREG NESS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-5-00135-1, John M. Meyer, J., entered January 31 and February 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52761-4-I.   Division One.   December 22, 2003.]

WILLIAM G. SIMMONS, *Appellant*, v. SCOTT D. PERRY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-06811-9, Katherine M. Stolz, J., entered December 10, 2002. *Affirmed* by unpublished per curiam opinion.